IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DAVDRIN GOFFIN                                                                                      PLAINTIFF

v.                                         Case No. 1:15-cv-01040

RANDY PEEK, individually and in his
official capacity as Police Chief for the
City of Warren; CITY OF WARREN;
ROBBIE K. ASHCRAFT, individually and
in her official capacity as a law enforcement
officer of the City of Warren; BRYAN MARTIN,
individually and in his official capacity as Mayor
for the City of Warren; and JOHN DOES 1-10                                                  DEFENDANTS

## ORDER

Before the Court is Defendants' Motion to Compel. (ECF No. 17). Plaintiff has responded to the Motion. (ECF No. 19). Plaintiff agrees that Defendants' allegations in its Motion to Compel, that he has failed to respond to Defendants' Interrogatories and Requests for Production, are true. Plaintiff requests that he be given until August 25, 2016 to respond.

The Federal Rules of Civil Procedure provide that parties should respond to written responses to interrogatories and requests for production within thirty days after the service of the interrogatories or the requests. Fed. R. Civ. P. 33(b); 34(b). Plaintiff has not complied with these deadlines. Accordingly, Defendants' Motion to Compel (ECF No. 17) is hereby **GRANTED**. Plaintiff should respond to Defendants' Interrogatories and Requests for Production on or before August 25, 2016.

**IT IS SO ORDERED**, this 17th day of August, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge